IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02347-RPM

MARCO A. HERNANDEZ,

        Plaintiff,

v.

UNITED STATES OF AMERICA and
TRANSPORTATION SECURITY ADMINISTRATION,

        Defendants.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

        On July 3, 2012, this Court entered an Order of Dismissal and it is therefore

        ORDERED that the Clerk shall enter final judgment *nunc pro tunc* to July 3,

2012, dismissing this civil action.

        DATED: August 3rd, 2012

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge